



AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Voorhees, Richard L | District Court-North Carolina | 04/25/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 250 U.S. Courthouse <br> 401 West Trade Street <br> Charlotte, N. C. 28202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 30 A 5: 19 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/25/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/07-12/07 | Glenn Foundation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/25/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Asheville | A | Dividend | J | T | | | | | |
| 2. AT&T (Formerly Bell South) | A | Dividend | J | T | Exchanged Sh | 1/22 | J | A | |
| 3. Fidelity Cash Reserves | A | Dividend | J | T | Buy Monthly | 16th | J | | |
| 4. Fidelity Equity-Income Fund | B | Dividend | M | T | Div Reinv Qt | 16th | J | | |
| 5. Guardian Capital, LLC IRA Rollover-Individual Assets | C | Dividend | M | T | | | | | |
| 6. a) Bank of America Corp. | | | | | | | | | |
| 7. b) Citigroup, Inc. | | | | | Sell | 4/4 | J | B | |
| 8. c) Pershing Gov't MMA | | | | | Buy | 4/4 | M | | |
| 9. d) Dell Computer | | | | | Sell | 4/4 | J | A | |
| 10. e) Family Dollar Stores | | | | | Sell | 4/4 | J | C | |
| 11. f) General Electric | | | | | Sell | 4/4 | J | A | |
| 12. g) IBM | | | | | Sell | 4/4 | J | A | |
| 13. h) John Hancock Regional Bank Fund | | | | | Div Reinv ●t | 5/23 | K | C | |
| 14. i) Lowes Companies, Inc. | | | | | Sell | 4/4 | J | C | |
| 15. j) McDonalds Corporation | | | | | Sell | 4/4 | J | B | |
| 16. k) Microsoft | | | | | Sell | 4/4 | J | A | |
| 17. l) Proctor & Gamble | | | | | Sell | 4/4 | J | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    ● =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    ● =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. m) Time Warner Corp., Inc | | | | | Sell | 4/4 | J | A | |
| 19. n) Wal-Mart Stores | | | | | Sell | 4/4 | J | C | |
| 20. Mountain Federal Credit Union (Checking/Savings) | A | Dividend | J | T | | | | | |
| 21. Rental Property-Gastonia, NC Appraisal 2003 for $68K | | None | | | Sold | 10/12 | L | F | . |
| 22. a) Vanguard Asset Allocation Fd. R/O IRA | A | Dividend | J | T | | | | | |
| 23. b) Vanguard GNMA Fd. R/0 IRA | B | Dividend | K | T | | | | | |
| 24. c) Vanguard Prime Money Mkt Rollover IRA | A | Dividend | J | T | | | | | |
| 25. d) Vanguard Total Stock Mkt. Index Fd. R/O IRA | A | Dividend | K | T | | | | | |
| 26. e) Vanguard Wellington Fd R/O & Non-R/O IRA | B | Dividend | K | T | | | | | |
| 27. Southern Company | A | Dividend | J | T | Div Reinv Qt | | J | | |
| 28. Vanguard Group-Individual Investments | | | | | | | | | |
| 29. a) Vanguard Prime Money Market Reserves | A | Dividend | J | T | Bought Part | 10/23 | J | | |
| 30. b)Vanguard Windsor II Fund | A | Dividend | J | T | Bought Part | 10/22 | J | | |
| 31. Vanguard Prime Portfolio VmmR | A | Dividend | J | T | | | | | |
| 32. Vanguard Group-R/O-IRA I | | | | | | | | | |
| 33. a) Vanguard Windsor II | D | Dividend | K | T | | | | | |
| 34. b) Vanguard US Growth | A | Dividend | J | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          ● =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)             U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. c) Vanguard Total Stock Market Index Rollover IRA | | | | | Sold | 11/5 | J | A | |
| 36. d) Vanguard 500 Index Fund | A | Dividend | J | T | Bought | 11/5 | J | | |
| 37. Vanguard Group-Rollover-IRA II | | | | | | | | | |
| 38. a) Prime Money Market | A | Dividend | J | T | Monthly | 16th | J | | |
| 39. b) International Growth Investors | C | Dividend | K | T | | | | | |
| 40. c) International Value | C | Dividend | K | T | | | | | |
| 41. Vanguard Group-Traditional IRA | | | | | | | | | |
| 42. a) Capital Opportunity Fund | B | Dividend | K | T | | | | | |
| 43. b) Strategic Equity | C | Dividend | K | T | | | | | |
| 44. c) Vanguard REIT Index Fund | A | Dividend | J | T | | | | | |
| 45. d) Vanguard Wellington Fund-IRA | C | Dividend | L | T | | | | | |
| 46. Wachovia Bank, N.A. | A | Interest | J | T | | | | | Checking/Savings Accounts |
| 47. Wachovia Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/25/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII

2005 Report Line 13(f) Royal Bank of Canada showed sold 2/16/05. Line 57 Royal Bank of Canada was a duplication of line 13(f) only it did not show sold 2/16/05

2006 Report Line 22 Royal Bank of Canada should not have been on the 2006 report because it was sold 2/16/05

2006 Report Line 41(b) Prime Money Market was a duplication of Line 40 (a).

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 04/25/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

S

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544